UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORID
TALLAHASSEE DIVISION

HARLEY HREJN,

    Plaintiff,

v.                                                                     4:23cv296–WS/MAF

RICKY DIXON, SEC'Y,
DEP'T CORR., et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

    Before the court are the magistrate judge's report and recommendation (ECF No. 8) docketed June 21, 2023, and supplemental report and recommendation (ECF No. 12) docketed August 28, 2023. In his June 21st report, the magistrate judge recommended that this case be dismissed as malicious based upon Plaintiff's affirmative misrepresentations relating to her litigation history. Plaintiff filed objections (ECF No. 11) to that report and recommendation. In addition, she filed a second amended complaint (ECF No. 10). In his August 28th supplemental report, the magistrate judge noted that Plaintiff made affirmative misrepresentations about her litigation history in her initial complaint, her first amended complaint, and her

second amended complaint. He again recommended that this case be dismissed as malicious under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i). Plaintiff has filed no objections to the supplemental report and recommendation.

Having reviewed the record, the court has concluded that the magistrate judge's report and recommendation and supplemental report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 8) and supplemental report and recommendation (ECF No. 12) are ADOPTED and incorporated into this order by reference.

2. This action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1) based on Plaintiff's failure to truthfully and completely disclose her prior litigation history.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this __29th__ day of __September__, 2023.

                                       s/ William Stafford
                                       WILLIAM STAFFORD
                                       SENIOR UNITED STATES DISTRICT JUDGE